UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAVIS TAITT,

        Defendant.

14-CR-661

Memorandum and Order
Explaining Sentence
for Violation of Terms of
Supervised Release

**JACK B. WEINSTEIN, Senior United States District Judge:**

At a hearing on April 27, 2016, defendant Travis Taitt pled guilty to one charge of the violation of supervised release report: he failed to notify the Probation Department of a change in his residence. *See* Violation of Supervised Release Report, May 12, 2015, at 8 (charge two); Hr'g Tr., Apr. 27, 2016 ("Hr'g Tr.").

The applicable sentencing range pursuant to the sentencing guidelines is three to nine months of incarceration. *See* Hr'g Tr. Ordered is a sentence of time served of approximately two months, and discharge from supervised release. The sentence is reasonable in light of the fact that the defendant has a job to which he is able to return and from which he can earn an income to support his family, improving his chances of rehabilitation. *See* Hr'g Tr.; Violation of Supervised Release Report, May 12, 2015, at 9.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: April 27, 2016
      Brooklyn, New York

1